IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARRILLO, | CASE NO. CV-F-06-0634 OWW LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S MOTION TO COMPEL** (Doc. 12) |
| vs. | |
| CITY OF FRESNO, et al, | |
| Defendants. / | |

Defendants seek to compel plaintiff's initial disclosures pursuant to Rule 26 and response/production of documents to a Request for Production of Documents pursuant to Rule 34. Plaintiff did not file an opposition to the motion. The Court vacated the hearing pursuant to 37-251(e) and took the motion under submission. Having considered the moving papers, as well as the Court's file, the Court issues the following order.

Plaintiff has not served her Rule 26 initial disclosures. At the scheduling conference, Judge Wanger gave plaintiff until October 13, 2006 to serve the initial disclosures. The initial disclosures have not been served.

On August 11, 2006, defendants served their request for production of documents on plaintiff. No response has been served.

Defendants ask for an award of attorneys fees, pursuant to Rule 37, for making the motion. Defendant spent 4 hours in preparing the motion at $185 per hour and an additional 2 hours are expected

for reviewing the opposition and preparing the reply.  Defendant requests $1,110.00.

The Court finds that the hourly rate of $185 and a total of four (4) hours are reasonable. Accordingly, the Court will award sanctions of $740.

## **ORDER**

For the foregoing reasons, the Court ORDERS as follows:

GRANTS the motion to compel initial disclosures no later than 10 days from the date of the service of this order.

GRANTS the motion to compel Rule 34 responses and production of documents no later than 10 days from the date of the service of this order.

GRANTS the request for sanctions in the amount of $740 as against plaintiff Maria Carrillo.

IT IS SO ORDERED.

**Dated:     December 13, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                                        UNITED STATES MAGISTRATE JUDGE