1  Bruce D. Praet, 119430
   Kelly R. Irwin, 238884
2  FERGUSON, PRAET & SHERMAN
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California 92705-7101
4  (714) 953-5300 telephone
   (714) 953-1143 facsimile
5  bpraet@law4cops.com

6  Attorneys for Defendants City of Fresno, Chief Jerry Dyer, and Officer Coan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA CARRILLO, | NO. 1:06-CV-00634 OWW-LJO |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| v. | |
| CITY OF FRESNO, FRESNO CITY POLICE CHIEF JERRY DYER, FRESNO CITY POLICE OFFICER DAVID COAN and DOES 1 through 100, inclusive, | DATE: May 21, 2007<br>TIME: 10:00 a.m.<br>CTRM: 3 |
| Defendants. | |

THE MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL having come on regularly for hearing on May 21, 2007, with Plaintiff, Maria Carrillo, personally appearing with her counsel, Juan Falcon, and Defendants appearing telephonically through counsel of record, Bruce D. Praet, Plaintiff has indicated that she does not consent to the withdrawal of Attorney Falcon and the following Order shall be:

1. The Motion To Withdraw as Counsel is DENIED.

2. All current dates will remain in place and will not be continued.

3. Plaintiff and her counsel shall cooperate with Defendants in the setting of Plaintiff's deposition (this deposition only may extend beyond the June 5, 2007, discovery cut-off date in order to accommodate Defendants).

///

-1-

1        4.  Defendants' request that the Court renew its consideration of the previous

2 Motion to Dismiss is denied.

3        5.  Defendants' request for sanctions is denied.  However, in the event that
Defendants prevail in this matter, the Court will consider the cost of Defendants having to
4 oppose the Motion To Withdraw as Counsel as a recoverable cost.IT IS SO ORDERED.

5 **Dated:   May 26, 2007**                             /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE