1  Bruce D. Praet, 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
   Attorneys for Defendants
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  MARIA CARRILLO,                 )  NO. 1:06-CV-00634 OWW-LJO
                                    )
12           Plaintiff,              )  **STIPULATION AND ORDER**
                                    )  **CONTINUING TRIAL**
13  v.                              )
                                    )
14  CITY OF FRESNO, FRESNO CITY     )  DATE:  February 5, 2008
    POLICE CHIEF JERRY DYER, FRESNO )  TIME:  9:00 a.m.
15  CITY POLICE OFFICER DAVID COAN  )  CTRM:  3
    and DOES 1 through 100, inclusive, )
16                                  )
             Defendants.            )
17  _____)

18       It is hereby stipulated by and between the parties through their respective counsel

19  of record and the Court is respectfully requested to briefly continue the current trial date

20  of February 5, 2008, to February 20, 2008.  Good cause for this continuance exists for the

21  following reasons:

22       1.  As discussed at the Pre-Trial Conference on December 10, 2007, defense

23  counsel currently has pre-existing unrelated matters calendared in Southern California

24  during the week of February 5, 2008.

25  / / /

26  / / /

27  / / /

28  / / /

-1-

2. The above proposed dates, however, are clear for all counsel and the Court's Clerk, Alice Timken, has verified the Court's availability.

Dated: December 13 , 2007        FERGUSON, PRAET & SHERMAN
                                 A Professional Corporation

                                 By: /s/ Bruce D. Praet
                                 Bruce D. Praet, Attorneys for Defendant

Dated: December 13, 2007         LAW OFFICES OF JUAN FALCON

                                 By: /s/ Juan Falcon
                                 Juan Falcon, Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   December 14, 2007**            /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE