1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300  telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8                      UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10
11 MARIA CARRILLO,                )  Case No.: 1:06-CV 00634 OWW-LJO
                                  )
12         Plaintiff,              )  **ORDER GRANTING
                                  )  DEFENDANTS' EX PARTE
13      vs.                        )  APPLICATION FOR ORDER
                                  )  SHORTENING TIME FOR
14 CITY OF FRESNO, FRESNO CITY    )  HEARING ON MOTION TO
   POLICE CHIEF JERRY DYER, FRESNO)  BIFURCATE**
15 CITY POLICE OFFICER DAVID COAN,)
   and DOES through 100, Inclusive,)
16                                )
           Defendants.             )
17 _____)
18
19     Defendant's Ex Parte Application for an Order Shortening Time for Hearing on
20 Defendant's Motion to Bifurcate Trial having been duly considered, the Court grants the
21 Application.  Defendant's Motion To Bifurcate Trial (attached to the Ex Parte
22 Application) shall be deemed filed as of January _17_, 2008.  Plaintiff shall have until
23 noon on January 24, 2008, to file any Opposition and Defendant shall have until noon on
24 January _29_, 2008, to file any brief Reply.  The hearing on the Motion to Bifurcate
25 shall be on __February 1____, 2008, at _12:00 p.m.____, and counsel
26 may appear telephonically.
27 Dated: January 17, 2008            __/s/ OLIVER W. WANGER___
                                      Honorable Oliver W. Wanger
28                                    United States District Court Judge

                                    1                  Case No.: 1:06-CV-00634OWW