```
                                        FILED
                                   JUDGMENT ENTERED

                                   _____
                                           Date
                                   by _____A. Timken_____
                                         Deputy Clerk
                                      U.S. District Court
                                   Eastern District of California
                                  __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MARIA CARRILLO,

       Plaintiff,

                      **JUDGMENT IN A CIVIL ACTION**

vs.

                      1:06-CV-634 OWW/GSA

CITY OF FRESNO, ET.AL,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/12/2008.**

DATED:  March 13, 2008

                                      VICTORIA C. MINOR, Clerk

                                      /S/ Alice Timken
                             By:
                                        Deputy Clerk

jgm.civ
2/1/95